UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No.:     22-19054-PDR
                                                                                        Chapter:      13

**Eqramul Chowdhury**

**Debtor.**
_____/

**DEBTOR'S FIRST MOTION FOR EXTENSION OF TIME OF 4-DAYS TO COMPLETE DEFICIENCIES IN NOTICE OF DEADLINES [DE #3]**

The **Debtor Eqramul Chowdhury**, by and through undersigned counsel, does hereby file this **DEBTOR'S FIRST MOTION FOR EXTENSION OF TIME OF 4-DAYS TO COMPLETE DEFICIENCIES IN NOTICE OF DEADLINES [DE #3]**, and in support thereof, states as follows:

1. On November 29, 2022, the notice of deadlines to correct filing deficiencies was entered [DE #3], setting forth certain deficiencies to be corrected, and the deadlines related thereto.

2. By the time of the entry, Debtor had already filed an amended Certification of Completion of Instructional Course Concerning Personal Financial Management, to correct the filing deficiency for incorrect or incomplete PDF image attached to the docket entry, on the same day the deficiency was identified, and filed the Statement of Social Security Number, the image of which is only available to court users, pursuant to the Notice of Incomplete Filings Due, prior to the deadline to do so expiring, and filed the creditor service matrix (the "First Matrix"), as reflected on the attached list, including the name and address of each creditor being added for the

1

first time and therefore not amending any prior filing or paper, providing the Court with the matrix, electronically uploading the creditors, in CM/ECF, prior to the expiration of the deadline to do so.

3. The Debtor has been in the process of gathering the financial information and completing compliance with the remaining pending items, requiring a few more days to do so.

4. Accordingly, the Debtor seeks an additional 4-days to comply with the remaining items and deficiencies—*i.e.*, to file the Chapter 13 Plan due by 12/12/2022, the Summary of Your Assets and Liabilities and Certain Statistical Information due 12/12/2022, the Schedules A-J due 12/12/2022, the Statement of Financial Affairs Due 12/12/2022, the Declaration Concerning Debtors Schedules Due: 12/12/2022, the Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 12/12/2022, and the Payment Advices due for Debtor 12/12/2022. See Local Rule 1007-1(B) ("Extension of Time to File. Motions, pursuant to Bankruptcy Rule 1007(c) or 9006(b), to extend the time to file lists, schedules, statements or other documents, must set forth the date of the scheduled meeting of creditors. If no date has yet been set, the motion should so state. Motions which seek to extend the time within seven days before the §341 meeting will be granted only after a hearing and only upon a showing of exceptional circumstances.")

Respectfully submitted, this 12th day of December, 2022.

By: /s/ Julio C. Marrero
Julio C. Marrero, Esq.
Florida Bar Number: 784664

        **MARRERO, CHAMIZO, MARCER LAW, LP**
        Attorney for Debtor E. Chowdhury
        3850 Bird Road, Penthouse One
        Coral Gables, FL 33146
        julio@marrerolawfirm.com
        Telephone: (305) 446-0163
        Facsimile: (305) 444-5538

        By: /s/ Julio C. Marrero
        Julio C. Marrero, Esq.
        Florida Bar Number: 784664

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail to the below listed on this 12th day of December, 2022.